| | |
|---|---|
| **IN THE UNITED STATES DISTRICT COURT**<br>**FOR THE EASTERN DISTRICT OF TEXAS**<br>**SHERMAN DIVISION** | **FILED: 10/1/07**<br>U.S. DISTRICT COURT<br>EASTERN DISTRICT COURT<br>DAVID J. MALAND, CLERK |

**UNITED STATES OF AMERICA**       §
                                    §
**V.**                              §      **CRIMINAL NO. 4:05-CR-121**
                                    §
**JEREMY JOE CHAPA**                §

## ORDER

The above entitled and numbered criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3).  The Report of Magistrate Judge John D. Love which contains his proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. The parties waived objections to the Report and Recommendation.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.  Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court.

**SIGNED this the 1st day of October, 2007.**

*Richard A. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE